UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
__Richmond__ Division

In re   NANCY MORRISON FOSTER

Case No.   14-30594

Debtor(s)

Chapter   11

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

- ___ Involuntary/Voluntary Petition *[Specify reason for amendment:_____]*
  Check if applicable: ___ Soc. Sec. No. amended. *[If applicable*: An original, signed Official Form 21 was mailed/hand-delivered to the Clerk's Office on_____.*]*
- X Summary of Schedules (Includes Statistical Summary of Certain Liabilities and Related Data)
- ___ Schedule A - Real Property
- ___ Schedule B - Personal Property
- X Schedule C - Property Claimed as Exempt
- ___ **Schedule D, E, or F, and/or List of Creditors or Equity Holders** – REQUIRES COMPLIANCE WITH LOCAL RULE 1009-1. ( *$26.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.*)   Check applicable statement(s):
  - ___ Creditor(s) added    ___ Creditor(s) deleted
  - ___ Change in amounts owed or classification of debt
  - ___ No pre-petition creditors added/deleted, or amounts owed or classification of debt changed. [Docket: **Amended Schedule(s) and/or Statement(s), List(s)-NO FEE)**
  - ___ Post-petition creditors added (Schedule of Unpaid Debts)
  
  **REMINDER:  Conversion of Chapter 13 to Chapter 7** – only file Schedule of Unpaid Debts.
- ___ Schedule G - Executory Contracts and Unexpired Leases
- ___ Schedule H – Codebtors
- ___ Schedule I - Current Income of Individual Debtor(s)
- ___ Schedule J - Current Expenditures of Individual Debtor(s)

[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors. *Amendment of debtor(s) Social Security Number requires that a hard copy of this cover sheet together with a completed Official Form 21 – Statement of Social Security Number(s) be submitted to the Clerk's Office for entry of the amended Social Security Number into the Court's database. ]

- ___ Statement of Financial Affairs
- ___ Chapter 7 Individual Debtor's Statement of Intention
- ___ Chapter 11 List of Equity Security Holders
- ___ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
- ___ Disclosure of Compensation of Attorney for Debtor
- ___ Other: _____

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: _____
_____.

Date:  April 15, 2014

/s/ Roy M. Terry, Jr.
Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
State Bar No.:   17764
Mailing Address:  Sands Anderson PC
P.O. Box 1998, Richmond, VA 23218-1998
Telephone No.:   804.648.1636

[amendcs ver. 10/2007]

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Eastern District of Virginia

In re: **Nancy Morrison Foster**, Debtor

Case No. **14-30594**

Chapter **11**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 804,958.00 | | |
| B - Personal Property | Yes | 5 | 105,706.91 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,109,146.12 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 195,672.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 445,891.16 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 35,698.31 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | 31,717.16 |
| Total Number of Sheets of ALL Schedules | | 24 | | | |
| Total Assets | | | 910,664.91 | | |
| Total Liabilities | | | | 1,750,709.28 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **Nancy Morrison Foster**,  
　　　　　　　　　　　　　　　　　　　Debtor

Case No. __14-30594__

Chapter __11__

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 195,672.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 195,672.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 35,698.31 |
| Average Expenses (from Schedule J, Line 22) | 31,717.16 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | 53,901.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 336,247.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 195,672.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 445,891.16 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 782,138.16 |

B6C (Official Form 6C) (4/13)

In re **Nancy Morrison Foster**, Debtor

Case No. **14-30594**

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Business Checking Account with Wells Fargo Bank (account ending 7801) | Va. Code Ann. § 34-4 | 1.00 | 255.17 |
| Savings Account at Wells Fargo (account ending 3420) Joint account with Mark Jansen | Va. Code Ann. § 34-4 | 1.00 | 5.03 |
| Custodial checking account with Wells Fargo (account ending 1960) for daughter | Va. Code Ann. § 34-4 | 1.00 | 236.32 |
| Custodial savings account with Wells Fargo (account ending 9739) for daughter | Va. Code Ann. § 34-4 | 1.00 | 25.67 |
| Custodial savings account with Wells Fargo (account ending 9979) for son. | Va. Code Ann. § 34-4 | 1.00 | 118.28 |
| Checking account with Wells Fargo (account ending 5680) | Va. Code Ann. § 34-4 | 1.00 | 17.01 |
| Custodial checking account with Wells Fargo (account ending 4915) for son | Va. Code Ann. § 34-4 | 1.00 | 120.11 |
| Funds transferred into Mark Jansen's account at Wells Fargo Bank (acct ending  ) | Va. Code Ann. § 34-4<br>Va. Code Ann. § 34-29 | 1.00<br>18,750.00 | 25,000.00 |
| **Household Goods and Furnishings** | | | |
| Household goods and furnishings at Barrow Place, Midlothian, VA | Va. Code Ann. § 34-26(4a) | 4,000.00 | 4,000.00 |
| China and Crystal | Va. Code Ann. § 34-26(4a) | 1,000.00 | 1,000.00 |
| Furnishings and antique furniture at Thorngate Road, Midlothian, VA, which under Property Settlement Agreement spouse claims was merely licensed from his family. | Va. Code Ann. § 34-26(2) | 1.00 | Unknown |
| **Wearing Apparel** | | | |
| Wearing Apparel | Va. Code Ann. § 34-26(4) | 450.00 | 450.00 |
| **Furs and Jewelry** | | | |
| Wedding and Engagement Rings | Va. Code Ann. § 34-26(1a) | 1,000.00 | 1,000.00 |
| Blue Topaz Necklace | Va. Code Ann. § 34-4 | 1.00 | 300.00 |
| Cameo necklace and Cameo ring (Family Heirlooms from grandmother) | Va. Code Ann. § 34-26(2) | 600.00 | 600.00 |
| Blue topaz ring | Va. Code Ann. § 34-4 | 1.00 | 300.00 |
| Costume jewelry and watch | Va. Code Ann. § 34-4 | 1.00 | 50.00 |

__2__ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re **Nancy Morrison Foster**, Debtor

Case No. **14-30594**

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Pearl earrings | Va. Code Ann. § 34-4 | 1.00 | 100.00 |
| **Interests in Insurance Policies** <br> Three Whole Life Policies with New York Life for daughter (Policies ending 5767, 1545 and 1293) | Va. Code Ann. § 34-4 | 1.00 | 150.22 |
| Three Whole Life Policies through New York Life for son (Policies ending 5789, 6783 abd 8112) | Va. Code Ann. § 34-4 | 1.00 | 178.71 |
| Two Whole Life Policy through New York Life for son (Policies ending 8190, 0305) | Va. Code Ann. § 34-4 | 1.00 | 136.46 |
| Whole Life Insurance policy through New York Life | Va. Code Ann. § 34-4 | 1.00 | 1,345.85 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** <br> 401K Savings Plan Through New York Life - Current loan balance of $7,783.46 | 11 U.S.C. §522(b)(3) and (4); Patterson v. Shumate | 50,117.05 | 50,117.05 |
| **Stock and Interests in Businesses** <br> Mainstay Financial Account: (account ending 4302) | Va. Code Ann. § 34-4 | 1.00 | 3,183.55 |
| Mainstay Financial Account (account ending 5481) for dependant child | Va. Code Ann. § 34-4 | 1.00 | 1,233.68 |
| Mainstay Financial Account (account ending 6350) for dependant child | Va. Code Ann. § 34-4 | 1.00 | 1,806.00 |
| Mainstay Financial Account (account ending 7837) | Va. Code Ann. § 34-4 | 1.00 | 1,167.80 |
| **Licenses, Franchises, and Other General Intangibles** <br> Licensed in approximately 12 states for any or all of the following: Life and Health License, Series 6, Series 63, CLTC licenses (Non-transferrable) | Va. Code Ann. § 34-26(7) <br> Va. Code Ann. § 34-4 | 1.00 <br> 1.00 | 0.00 |
| **Customer lists or other compilations containing personally identifiable info** <br> Customer list associated with financial services and insurance practice including individuals and businesses. | Va. Code Ann. § 34-26(7) <br> Va. Code Ann. § 34-4 | 1.00 <br> 1.00 | 0.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br> 2004 Chevrolet Suburban | Va. Code Ann. § 34-4 | 1.00 | 2,000.00 |
| 2000 Ford Mustang - Not Operational | Va. Code Ann. § 34-4 | 1.00 | 2,000.00 |
| 2003 Chevrolet Tahoe | Va. Code Ann. § 34-4 | 1.00 | 4,000.00 |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re **Nancy Morrison Foster**, Case No. **14-30594**
Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Office Equipment, Furnishings and Supplies** Office furniture including desk and chair, bookcase, TV, conference room table and chairs, side bookcases, filing drawers, painting by Angus and NYL Wallstreet painting | Va. Code Ann. § 34-26(7) | 4,800.00 | 4,800.00 |
| **Animals** 2 boxers | Va. Code Ann. § 34-26(5) | 10.00 | 10.00 |

Total: 80,755.05  105,706.91

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Eastern District of Virginia

In re  **Nancy Morrison Foster**                                                                         Case No.  **14-30594**
                                                        Debtor(s)                                        Chapter   **11**

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing amended summary and amended schedules, consisting of __5__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **April 15, 2014**                         Signature  **/s/ Nancy Morrison Foster**
                                                            **Nancy Morrison Foster**
                                                            Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                18 U.S.C. §§ 152 and 3571.